

FILED
U.S. District Court
District of Kansas

APR 0 2 2020

Clerk, U.S. District Court
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Terrell Jones )
_____ )
_____ )
_____ )
(Enter above the full name of the Plaintiff(s) )
)
vs. ) Case Number  6:20-cv-01091-JAR-GEB
Kentrell Gaulden )
Name )
1365 N Cahuenga )
Street and number )
Baton Rouge  Louisiana )
City     State     ZipCode )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.  Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.  Name of plaintiff Terrell R Jones
    Address 1106 Inverness Dr

1

Additional defendants -

All Addresses are of Employer

Name: Johnathan Porter (A.K.A - Blueface)
Address: 2800 Veterans Memorial Blvd
City: Los Angelas
State: California
(Employment - Cash Money Record's West)

Name: Bryson Lashun Potts (AKA - NLE Choppa)
Address: 777 South Santa Fe Ave (Las Angelas, CA 90021)
City: Memphis
State: Tennessee
(Employment - No Love Entertainment)

Name: TyQuian Bowman (A.K.A Quando Rondo)
Address: 1365 N Chuenga (Las Angelas)
City: Savannah
State: Georgia
Employment - Atlantic Records

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant _Kentrell Gaulden_ is employed at _Atlantic Records. (Employer addresses listed)_

C. Additional Defendants _Johnathan Porter - artist at Cash Money Records._

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:
   1. Plaintiff is a citizen of the State of _Kansas_.
   2. The first-named defendant above is either
      a. a citizen of the State of _Louisiana_; or
      b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

   3. The second-named defendant above is either
      a. a citizen of the State of _California_; or
      b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B.  (If applicable)  Jurisdiction founded on grounds other than diversity
(Check any of the following which apply to this case).

☐ 1.  This case arises under the following section of the Constitution of
the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article_____, Section_____;
Statute, US Code, Title_____, Section_____.

☐ 2.  This case arises because of violation of the civil or equal rights,
privileges, or immunities accorded to citizens of, or persons within
the jurisdiction of, the United States (28 U.S.C. §1343).

☐ 3.  Other grounds (specify and state any statute which gives rise to such
grounds):

_____

_____

_____

_____

III.  Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to
relief.  State what each defendant did that violated the right(s) of the plaintiff, including
dates and places of such conduct by the defendant(s).  Do not set forth legal arguments.
If you intend to allege more than one claim, number and set forth each claim in a separate
paragraph.  Attach an additional sheet, if necessary, to set forth a short and plain statement
of the claim[s].)

*Each defendant named has made a false and humiliating statement against me. (Example's attached)*

IV.  Relief:

(State briefly exactly what judgement or relief you want from the Court.  Do not make
legal arguments.)

3

Wanting a agreement reached that a payment will be made and the issue no longer continue

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☑  No ☐

VI. Do you claim actual damages for the acts alleged in your complaint? Yes ☑  No ☐

VII. Do you claim punitive monetary damages? Yes ☑  No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

At the time of the first incident i was becoming a well known music artist Possibly on my way to a record deal. (worth 50,000 - 1,000,000+) the Statement's made forced me to stop almost all thing's in my life. (having friend's, going out, ect) Seeking $200,000 in damages and for the issue to be resolved.

4

VIII. Administrative Procedures:

    A.    Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☐  No ☑

    B.    If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

_____

_____

_____

    C.    If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

Just recently got enough evidence for case.

IX. Related Litigation:

Please mark the statement that pertains to this case:

☐ This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☑ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

Terrell R Jones
Signature of Plaintiff

Terrell R Jones
Name (Print or Type)

1106 Inverness Dr
Address

5

Wichita    KS    67218
City       State   Zip Code

501-891-7618
Telephone Number

### DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☑ Wichita, ☐ Kansas City, or ☐ Topeka }, Kansas as the
(Select One)

location for the trial in this matter.

Terrell Jones
Signature of Plaintiff

### REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☑ Yes or ☐ No }
(Select One)

Terrell Jones
Signature of Plaintiff

Dated: 3/26/2020
(Rev. 10/15)

6

III Statement of claim-
attachment

Around April 2019 i was an up and coming music artist growing in the music community (well known artist) until i feel i was defamed and humiliated.

Terrell Jones
1106 S Inverness Dr.
Wichita, KS
   67218



United States District Court
Clerks office
401 N. Market St. Rm. 204
Wichita, KS
   67202